```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FRANKLIN BROWNING, individually and on
behalf of all other persons similarly situated who
were employed by CEVA Freight, LLC and
EGL, Inc. and/or any other entities with,
controlling, or controlled by CEVA Freight,
LLC or EGL, Inc.,

                          Plaintiffs,
                                                                    JUDGMENT
        - against -                                                 CV-10-5594 (ADS)(AKT)

CEVA FREIGHT, LLC and EGL, LLC,

                          Defendants.
---------------------------------------------------------------X
```

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on August 11, 2012, granting Defendants' motion for summary judgment in its entirety, dismissing the complaint as to all causes of action, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs take nothing of Defendants; that Defendants' motion for summary judgment is granted in its entirety; that the complaint is dismissed as to all causes of action; and that this case is hereby closed.

Dated: Central Islip, New York
       August 14, 2012

                                                        DOUGLAS C. PALMER
                                                        CLERK OF THE COURT

                                            By:    /s/ Catherine Vukovich
                                                   Deputy Clerk